**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE**

| | |
|---|---|
| **WILLIAM EUGENE MILLER,**<br>　　Plaintiff,<br><br>v.<br><br>**LOCKHEED MARTIN ENERGY SYSTEMS, INC.,**<br>　　Defendant. | )<br>)<br>)<br>)　　No. 3:06-CV-38<br>)　　(Phillips)<br>)<br>) |

## JUDGMENT ON DECISION BY THE COURT

This case came before the court on the motion for summary judgment by defendant Lockheed Martin Energy Systems, Inc. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the defendant's motion,

**IT IS ORDERED AND ADJUDGED** that the plaintiff William Eugene Miller take nothing, that the action be **DISMISSED WITH PREJUDICE** on the merits, and that the defendant Lockheed Martin Energy Systems, Inc. recover of the plaintiff William Eugene Miller its costs of action.

The final pretrial conference scheduled for January 31, 2007 and the trial scheduled for February 5, 2007 are **CANCELLED.**

Dated at Knoxville, Tennessee, this \_\_\_\_\_ day of October, 2006.

　　　　　　　　　　　　　　　　　　　　　　　s/ Patricia L. McNutt
　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court